Marjorie HARRINGTON, etc.,
Plaintiff, Appellant,

v.

INHABITANTS OF the TOWN OF GAR-
LAND, etc., Defendant, Appellee.

No. 83–1033.

United States Court of Appeals,
First Circuit.

May 6, 1983.

Rehearing Denied June 29, 1983.

Bernard R. Cratty, Cratty & Cratty,
Waterville, Me., for plaintiff, appellant.

Lawrence E. Merrill, Bangor, Me., for
defendant, appellee.

Before CAMPBELL, Chief Judge, BREY-
ER, Circuit Judge, and RE,* Judge.

MEMORANDUM AND ORDER

Having reviewed the record and after
briefing and argument, we are in full
agreement with the district court, 551
F.Supp. 1371, that this action was barred by
res judicata. As our reasons for reaching
this result are substantially the same as
those set forth at length in the district
court's comprehensive memorandum and or-
der, we do not reiterate them here. The
fact that another judge had earlier declined
to dismiss did not prevent the district court
from acting correctly as it did.

*Affirmed. Costs for appellee.*

Costs in favor of the appellee are taxed
at $84.04.